# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL AZIZ AL KHAL,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   22-cv-1662 |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _13th_ day of July, 2023, upon consideration of Plaintiff's Request for Review (ECF No. 7), Defendant's response thereto (ECF No. 10), and Plaintiff's reply brief (ECF No. 11), and for the reasons provided in the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. The Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Lynne A. Sitarski_
LYNNE A. SITARSKI
United States Magistrate Judge